United States District Court
Northern District of Indiana
"South Bend Division"

Comes Now, The plaintiffs in this civil matter, Would present to the honorable court "A class-action" suit upon "The Westville Correctional facility" and all participating parties thereof. et,al

The named plaintiffs, in the latter portion of this "civil action", all agree in one accord, that the basis of this civil complaint is factual and true. This civil action is "Backed" by and protected by this nations constitution, and solely "The Eighth Amendment. If it pleases the honorable court, The plaintiffs will state the following: The Eighth Amendments prohibition of cruel and unusual punishment, protects your right to "Safe" and somewhat "decent" conditions in prison. However, In the "Westville Correctional facility", This right is far from protected!!!

The plaintiffs invite you to our world.

(p.2)
Every Waking morning inside 8-Dorm at the "Westville Correctional Facility" The plaintiffs rise from their beds and enter the bathroom (Which is shared by 80 prisoners).

The Bathroom has a constant flow of running water, from broken sinks that overflow onto a drainless, slippery floor. The Water from these Sinks, can and Will turn "rust" colored (at any given time) for at least 15 minutes.

In this bathroom, and throughout the dorm, you will see and hear constant, continuous "Coughing", "choking" To release "phlegm" That has sat dormant in their throats, Chests, and lungs through the night.

Needless to mention, The "Drainless" Shower, That is filled with "Black-mold" from "Top to Bottom".
Mid-Way, To the rear of the Shower, Contains 2-3 inches of "Stagnant" "Slimey" mold topped Water.
This Shower leaks from condensation, and has no ventilation.

(p.3)

The Dorm itself, has no Ventilation!
"I", One of the plaintiffs in this civil matter, Do know that the body forms "phlegm" to protect the mucus membranes, and try to protect the lungs from "mold".

I am recovering from "Covid 19", and know that my lungs are damaged. I have requested on 3 occasions, "Bronchial" testing. Only to be told "We dont do that here". I have been here since May of 2018. And all of the Dorms are the Same*

The plaintiffs: all of 8-Dorm, at "WCF"
*1) Besrooken Chooles #245242
*2) Vincent Boyd #106930
*3) Curtis Ellison #933762
*4) Darius Rawls #218958

Wish to inform "Westville correctional facility" of a civil action, Taken against them, and all other parties in conjunction with the facility." et, Al
All plaintiffs are being housed at: "Westville correctional facility"

(p.4)

5501 South 1100 West
Westville, Indiana 46391

Defendants: Westville Correctional Facility,
Et, Al
5501 South 1100 West.
Westville, Indiana., 46391

"a civil action has been served against you, for the amount of $850,000.00 for damages, in violation of the plaintiffs Eighth Amendment rights. You have 21 days to answer this complaint.

9/17/21

Name: Vincent Boyd
D.O.C. #: 106933   Location: R-Dorm

INDIANA DEPARTMENT OF CORRECTION
WESTVILLE CORRECTIONAL FACILITY
5501 South 1100 West
Westville, IN 46391

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. **"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

United States District Court
Northern District of Indiana
South Bend Division
204 South Main Street
South Bend, IN 46601

Legal Mail

U.S. POSTAGE >> PITNEY BOWES
ZIP 46391
02 1W
0000377834 SEP 29 2021
$ 000.53⁰