# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DARIUS RAWLS

        Plaintiff

v.

                                                                               Civil Action No. 3:21-cv-814

WESTVILLE CORRECTIONAL FACILITY
*et al*

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Damon R. Leichty.

DATE: 12/3/2021                                   GARY T. BELL, CLERK OF COURT

                                                                           by  s/ B. Scheumann_____
                                                                           *Signature of Clerk or Deputy Clerk*